(79 South. 198)

G. W. PHALIN LUMBER CO. v. BELCHER. (2 Div. 172.)

(Court of Appeals of Alabama. May 14, 1918.)

APPEAL AND ERROR ⊜544(1)—NECESSITY OF BILL OF EXCEPTIONS—AMENDMENT OF COMPLAINT.

In the absence of bill of exceptions, the court's action on motion not in writing, to allow amendment of complaint, is not presented for review.

Appeal from Circuit Court, Bibb County; B. M. Miller, Judge.

Action in detinue by the G. W. Phalin Lumber Company against H. A. Belcher, for the recovery of personal property. From a judgment for defendant, plaintiff appeals. Affirmed.

---

⊜For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

S. D. & C. D. Logan, of Centerville, for appellant. Lavender & Thompson, of Centerville, for appellee.

SAMFORD, J. This appeal is on the record, without bill of exceptions, and sets out, after the organization of the court, the summons and complaint marked executed September 5, 1916, brought in the name of G. W. Phalin Lumber Company, a corporation, an amended complaint in the name of George W. Phalin, doing business as the Geo. W. Phalin Lumber Company, filed February 20, 1917; a plea of nul tiel corporation, filed September 28, 1916.

"In the absence of a bill of exception (the motion not being in writing), a motion to allow an amendment to the complaint, and the court's action thereon, is not presented for review." McCrary v. Brown, 157 Ala. 518, 50 South. 402.

There is no error in the record, and the judgment is affirmed.

Affirmed.